O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-00677-SGL(FFMx)                                           Date:  September 16, 2008

Title:    MICHAEL McGOOKIN -v- KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC.

==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                          None present

PROCEEDINGS:    ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

  This matter is before the Court on the defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.  The Court deems this matter appropriate for decision without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for September 22, 2008, is **VACATED**.

  This action arises out of defendants' alleged failure to pay benefits under a medical insurance policy under which plaintiff is the beneficiary.  In their motion to dismiss, defendants argue that plaintiff's state-law claims for breach of contract, insurance bad faith, and negligent infliction of emotional distress are preempted by ERISA.  Plaintiff acknowledges that defendants are correct on this point, but argues that plaintiff's claims should simply be construed by this Court as an ERISA claim.  Defendants counter with a proposal that the Court views as the better approach:  Dismissing the complaint with leave to amend to assert plaintiff's ERISA claims.  <u>See Cleghorn v. Blue Shield of California</u>, 408 F.3d 1222, 1227 (9th Cir. 2005) (upholding dismissal of complaint where state-law claims were preempted by ERISA but plaintiff declined to restate those claims as ERISA claims); <u>Tingey v. Pixley-Richards West, Inc.</u>, 953 F.2d 1124, 1133 (9th Cir. 1992) (finding state-law claims preempted by ERISA and reversing and remanding with instructions to allow plaintiffs to assert their ERISA claim).

  Accordingly, the Court **GRANTS** defendants' motion and dismisses without prejudice plaintiff's complaint.  Plaintiff is **GRANTED** twenty days' leave to file a First Amended Complaint.

  **IT IS SO ORDERED.**

| MINUTES FORM 90 | | Initials of Deputy Clerk: jh |
|---|---|---|
| CIVIL -- GEN | 1 | |